

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00149-CV

———————————————

MATTHEW MURRAY AND COCA-COLA REFRESHMENTS USA, INC.,
Appellants

V.

STEPHEN WATSON AND LYNNDORA RANSOM, INDIVIDUALLY, AND ON
BEHALF OF DESMOND JONES, DECEASED, Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-290806-17

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal except costs associated with the cross-appeal that this court has already ordered cross-appellants to pay. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 27, 2019